BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant GONZALEZ-FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>DARIO GONZALEZ-FAVELA,  )<br>  )<br>  Defendant.  )<br>_____ ) | No. CR 05-00763 JW<br><br>**STIPULATION TO CONTINUE HEARING AND EXCLUDE TIME;** [PROPOSED] **ORDER** |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for Monday, October 30, 2006, should be continued to December 4, 2006,   The defense requests the continuance because the defense requires additional time to conduct defense investigation.

The parties further agree that time should be excluded under the Speedy Trial Act from October 30, 2006, to December 4, 2006, because the defense requires time for investigation and preparation, and the ends of justice outweigh the defendant's and the public's need for a speedy trial.

Dated: 10/26/06                           _____/s/_____
                                          LARA S. VINNARD
                                          Assistant Federal Public Defender

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00763 JW                        1

Dated: 10/26/06    _____/s/_____
SUSAN KNIGHT
Assistant United States Attorney

### **ORDER**

The parties have jointly requested a continuance of the hearing set for Monday, October 30, 2006, on grounds that the defense requires additional time for preparation, and the government requires time to consider a settlement offer.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for October 30, 2006, be continued to December 4, 2006, at ~~9:00 a.m.~~ 1:30 PM.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from October 30, 2006 to December 4, 2006, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq.

Dated:    10/26/2006    _____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [~~PROPOSED~~] ORDER
No. CR 05-00763 JW                             2