1  BARRY J. PORTMAN
   Federal Public Defender
2  LARA S. VINNARD
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant GONZALEZ-FAVELA

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12  UNITED STATES OF AMERICA,        )  No. CR 05-0763 JW
                                     )
13           Plaintiff,               )  **STIPULATION TO CONTINUE**
                                     )  **HEARING AND EXCLUDE TIME;**
    v.                               )  **[**~~PROPOSED~~**] ORDER**
14                                   )
    DARIO GONZALEZ-FAVELA,           )
15                                   )
             Defendant.              )
16  _____  )

17       Defendant and the government, through their respective counsel, hereby stipulate that,

18  subject to the court's approval, the hearing in the above-captioned matter, presently scheduled for

19  Monday, January 8, 2007, be continued to Monday, February 12, 2007, at 1:30 p.m.

20       The continuance is requested because the defense is continuing to investigate this matter

21  and to obtain additional information regarding Mr. Gonzalez-Favela's prior convictions.  The

22  investigator assigned to the case, Catherine Ward-Neece, has been successful in contacting some

23  individuals at remote locations in Mexico, but continues in efforts to contact other individuals

24  and to locate potentially relevant documents.

25       The parties further agree that time should be excluded under the Speedy Trial Act because

26  the defense requires time for effective preparation and investigation, 18 U.S.C. § 3161 et seq, and

STIPULATION TO CONTINUE
HEARING DATE; [~~PROPOSED~~] ORDER
No. CR 05-00286 JW                          1

1  the ends of justice outweigh the defendant's and the public's need for a speedy trial.

3  Dated: 1/3/07  _____/s/_____
   LARA S. VINNARD
4  Assistant Federal Public Defender

5  Dated: 1/4/07  _____/s/_____
   ERIC ROSEN
6  Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the hearing set for January 8, 2007, to allow time for the defense to complete investigation.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for January 8, 2007, be continued to February 12, 2007, at 1:30 p.m.

Pursuant to the parties' stipulation, IT IS FURTHER ORDERED that the period of time from January 8, 2006, to February 12, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq, because time is needed for defense investigation and preparation.

Dated:  1/5/2007  _____
JAMES WARE
United States District Judge