BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GUILLEN-FAVELA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0763 JW |
| Plaintiff, | ) | **STIPULATION TO CONTINUE SENTENCING HEARING; [PROPOSED] ORDER** |
| v. | ) | |
| DARIO GUILLEN-FAVELA, | ) | |
| Defendant. | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, June 4, 2007, be continued to Monday, June 18, 2007, at 1:30 p.m.

The continuance is requested because government counsel requests additional time to investigate and respond to the defendant's sentencing memorandum, which was filed on March 31, 2007.  Probation Officer Waseem Iqbal has been contacted, and has no objection.

Dated: 5/31/07                                  _____/s/_____
                                                LARA S. VINNARD
                                                Assistant Federal Public Defender

Dated: 6/1/07                                   _____/s/_____
                                                BENJAMIN KENNEDY
                                                Assistant United States Attorney

## ORDER

The parties have jointly requested a continuance of the sentencing hearing on June 4, 2007, to allow additional time for the government to respond to the defendant's sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 4, 2007, be continued to June 18, 2007, at 1:30 p.m.

Dated: June 1, 2007

_____
JAMES WARE
United States District Judge