```
BARRY J. PORTMAN
Federal Public Defender
LARA S. VINNARD
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753

Counsel for Defendant GUILLEN-FAVELA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0763 JW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **SENTENCING HEARING;** |
| v. | ) | **[PROPOSED] ORDER** |
| | ) | |
| DARIO GUILLEN-FAVELA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant and the government, through their respective counsel, hereby stipulate that, subject to the court's approval, the sentencing hearing in the above-captioned matter, presently scheduled for Monday, June 18, 2007, be continued to Monday, July 23, 2007, at 1:30 p.m.

The continuance is requested because government counsel will be out of town for training on June 18, 2007, and requests additional time to respond to the defendant's sentencing memorandum.  Probation Officer Waseem Iqbal has been contacted, and has no objection.

Dated: 6/11/07                                     _____/s/_____
                                                              LARA S. VINNARD
                                                              Assistant Federal Public Defender

Dated: 6/12/07                                     _____/s/_____
                                                              BENJAMIN KENNEDY
                                                              Assistant United States Attorney

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00286 JW                                     1

## **ORDER**

The parties have jointly requested a continuance of the sentencing hearing on June 18, 2007, to allow additional time for the government to respond to the defendant's sentencing memorandum.

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the hearing date presently set for June 18, 2007, be continued to July 23, 2007, at 1:30 p.m.

Dated:    June 13, 2007

_____
JAMES WARE
United States District Judge

STIPULATION TO CONTINUE
HEARING DATE; [PROPOSED] ORDER
No. CR 05-00286 JW                                         2