JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

CHAD M. MANDELL (ILBN 6286783)
Special Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5059
   Facsimile: (408) 535-5066

Attorneys for Plaintiff

**GRANTED**
Judge James Ware
12/04/2008

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00763 JW |
|    Plaintiff, ) | |
|   v. ) | **STIPULATION TO CONTINUE SENTENCING HEARING AND [PROPOSED] ORDER** |
| DARIO GUILLEN-FAVELA, ) | |
|    Defendant. ) | **[PROPOSED] ORDER DIRECTING DEFENDANTS TO APPEAR FOR SENTENCING** |

    It is hereby stipulated by and between counsel for the UNITED STATES, Special Assistant U.S. Attorney Chad M. Mandell, and counsel for the defendant, Assistant Federal Public Defender Lara Vinnard, that the date set for the resentencing hearing be continued from December 15, 2008 to December 22, 2008 at 1:30 PM   This continuance is necessary to provide sufficient time for the U.S. Marshall's Service to transport the defendant from the Bureau of Prisons facility where he is presently in custody to San Jose, California, where his presence is needed on December 22, 2008 for resentencing.  The defendant is currently in custody at the Federal Correctional Institute, in Florence Colorado, and his inmate number is 94980-011.  U.S. Probation Officer Insa Amina Bel'Ochi has advised that she will be available on December 22,

2008, and does not object to this continuance.

Dated this 4th day of December, 2008.

                                                             /s/
                               CHAD MANDELL
                               Special Assistant U.S. Attorney

Dated this 4th day of December, 2008.

                                                             /s/
                               LARA VINNARD
                               Counsel for Carol the defendant

    GOOD CAUSE APPEARING,

    IT IS ORDERED that the date set for the resentencing hearing on this case be continued from December 15, 2008 to December 22, 2008 at 1:30 PM.  The defendant's presence is needed at that time.  The Court also ordered that the defendant personally appear at that resentencing, and accordingly hereby orders the United States Marshals to produce the aforementioned defendant at 1:30PM on December 22, 2008.  For informational purposes, it is the understanding of the Court that Dario Guillen-Favela is currently in Bureau of Prisons custody at the Federal Correctional Institute, in Florence Colorado, and that his inmate number is 94980-011.

    Dated this   4th   day of December, 2008

                               JAMES WARE
                               United States District Judge

Copies to be served on:

CHAD M. MANDELL
Special Assistant U.S. Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113

LARA VINNARD
160 West Santa Clara Street, Suite 575
San Jose, CA 95113

INSA AMINA BEL'OCHI
U.S. Probation Officer
450 Golden Gate Ave., Suite 17-3487
San Francisco CA 94102-3487

MICHAEL MCCLOUD
Supervisory Deputy United States Marshal
280 S. First Street, Room 2100
San Jose, CA 95113